IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        Defendants. | Case No. 3:18-cv-0491-PPS-JEM |

## NOTICE CONCERNING FINAL RULES

In this case, Plaintiffs challenge two interim final rules issued by the Departments of Health and Human Services, Labor, and the Treasury. The agencies have now promulgated final rules superseding those interim final rules. The final rules were made publicly available on the website of the Federal Register on November 7, 2018 (https://www.federalregister.gov/public-inspection/current), and are scheduled to be published in the Federal Register on November 15, 2018.

Dated: November 9, 2018                Respectfully submitted,

                                                            JOSEPH H. HUNT
                                                            Assistant Attorney General

                                                            MICHELLE R. BENNETT
                                                            Assistant Branch Director

                                                            /s/ Rebecca M. Kopplin
                                                            REBECCA M. KOPPLIN
                                                            Trial Attorney (California Bar No. 313970)
                                                            JUSTIN M. SANDBERG
                                                            Senior Trial Counsel
                                                            MICHAEL GERARDI
                                                            Trial Attorney

CHRISTOPHER R. HEALY
Trial Attorney
DANIEL RIESS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
Telephone:  (202) 514-3953
Facsimile:  (202) 616-8202
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Federal Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Federal Defendants' Notice Concerning Final Rules was served on counsel for all parties using the Court's CM/ECF system on November 9, 2018.

>*/s/ Rebecca M. Kopplin*
>REBECCA M. KOPPLIN
>*Counsel for Federal Defendants*