# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-491-PPS-JEM <br><br> Judge Philip Simon |

## DEFENDANT UNIVERSITY OF NOTRE DAME'S
## MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant University of Notre Dame hereby moves to dismiss this action. The grounds for this motion are set forth in the accompanying memorandum.

Dated: September 21, 2020

Respectfully submitted,

*/s/ Matthew A. Kairis*
Matthew A. Kairis (OH 0055502)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3605
Fax: 614-461-4198
makairis@jonesday.com

*Attorney for Defendant University of Notre Dame*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served to the Plaintiffs' counsel and to the government defendants using the Court's CM/ECF system on the 21st day of September, 2020.

*/s/ Matthew A. Kairis*
Matthew A. Kairis (OH 0055502)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3605
Fax: 614-461-4198
makairis@jonesday.com

*Counsel for Defendant*
*University of Notre Dame*