IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>   Defendants. | Case No. 3:18-cv-0491-PPS-JEM |

### FEDERAL DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Federal Defendants respectfully move to dismiss Plaintiffs' Second Amended Complaint. In support of this Motion, Federal Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities.

Dated: September 21, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

/s/ *Christopher R. Healy*
CHRISTOPHER R. HEALY
Trial Attorney (DC Bar No. 219460)
JUSTIN M. SANDBERG
Senior Trial Counsel
MICHAEL GERARDI
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

>Washington, D.C. 20005
>Telephone: (202) 514-8095
>Email: Christopher.Healy@usdoj.gov
>*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Federal Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint and supporting memorandum was served on counsel for all parties using the Court's CM/ECF system on September 21, 2020.

>*/s/ Christopher R. Healy*
>CHRISTOPHER R. HEALY
>*Counsel for Federal Defendants*