# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, <br><br> Defendants. | Case No. 3:18-cv-0491-PPS-JEM |

## FEDERAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the Federal Defendants respectfully move for summary judgment on Count III of Plaintiffs' Second Amended Complaint to the extent that it alleges that the Final Rules are arbitrary and capricious. In support of this Motion, Federal Defendants respectfully refer the Court to the attached Memorandum of Points and Authorities.

Dated: October 9, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

/s/ Rebecca M. Kopplin
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
JUSTIN M. SANDBERG
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY

DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
Telephone:  (202) 514-3953
Facsimile:  (202) 616-8202
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Federal Defendants' Motion for Partial Summary Judgment and supporting memorandum was served on counsel for all parties using the Court's CM/ECF system on October 9, 2020.

                                        */s/ Rebecca M Kopplin*
                                        REBECCA M. KOPPLIN
                                        *Counsel for Federal Defendants*