UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., *Defendants*. | Case No. 3:18-cv-491-PPS-MGG  Judge Philip P. Simon |

**NOTRE DAME'S OPPOSITION
TO PLAINTIFFS' MOTION FOR A RULE 16 CONFERENCE**

The University of Notre Dame continues to believe that in the wake of *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), this Court should decide "which claims and issues remain in the case before requiring Defendants to . . . proceed to discovery." Joint Status Report at 4 (ECF No. 94). Accordingly, for the reasons laid out in the Federal Defendants' briefing, this Court should deny Plaintiffs' request for a Rule 16 conference. *See* Fed. Defs.' Opp'n to Pls.' Mot. for a Rule 16 Conf. (ECF No. 113).

Dated: October 13, 2020

Respectfully submitted,

 /s/ Matthew A Kairis
Matthew A Kairis
JONES DAY
325 John H McConnell Blvd Suite 600
P.O. Box 165017
Columbus, OH 43216-5017
614-281-3605
Fax: 614-461-4198
Email: makairis@jonesday.com

Anthony J. Dick (admitted *pro hac vice*)
JONES DAY
51 Louisiana Ave NW
Washington, DC 20001-2113
202-879-7679
Fax: 202-626-1700
Email: ajdick@jonesday.com

*Counsel for Defendant University of Notre Dame*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on Plaintiffs' counsel and the government defendants using the Court's CM/ECF system on the October 13, 2020:

*/s/ Matthew A. Kairis*
Matthew A. Kairis (OH 0055502)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3605
Fax: 614-461-4198
makairis@jonesday.com

*Counsel for Defendant*
*University of Notre Dame*