**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*,<br><br>    Defendants. | Case No. 3:18-cv-0491-PPS-JEM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Federal Defendants respectfully give notice to the Court regarding the attached memorandum and order granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment in *Massachusetts v. Department of Health & Human Services*. Mem. & Order (Op.), No. 17-cv-11930 (D. Mass. Jan. 15, 2021), ECF No. 139, attached as Ex. A.

That case involved challenges to the validity of the same Final Rules at issue here. The District of Massachusetts court concluded that the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), disposed of plaintiff's procedural challenges to the Final Rules and argument that the defendant-agencies lacked statutory authority to promulgate the Final Rules. Op. 12. Turning to the remaining claims, the District of Massachusetts court rejected plaintiff's claim that the Final Rules were arbitrary and capricious. Op. 12-19. The court also rejected plaintiff's Establishment Clause claim. Op. 19-24. Finally, the court rejected plaintiff's equal protection claim. Op. 25-29.

Dated: January 19, 2021　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　AUGUST E. FLENTJE
　　　　　　　　　　　　　　　　　　　　Special Counsel to the Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　MICHELLE R. BENNETT
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　/s/ Rebecca M. Kopplin _
　　　　　　　　　　　　　　　　　　　　REBECCA M. KOPPLIN
　　　　　　　　　　　　　　　　　　　　Trial Attorney (California Bar No. 313970)
　　　　　　　　　　　　　　　　　　　　JUSTIN M. SANDBERG
　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel
　　　　　　　　　　　　　　　　　　　　MICHAEL GERARDI
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. HEALY
　　　　　　　　　　　　　　　　　　　　DANIEL RIESS
　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 514-3953
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 616-8470
　　　　　　　　　　　　　　　　　　　　Email: Rebecca.M.Kopplin@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Federal Defendants' Notice of Supplemental Authority was served on counsel for all parties using the Court's CM/ECF system on January 19, 2021.

>*/s/ Rebecca M Kopplin*
>REBECCA M. KOPPLIN
>*Counsel for Federal Defendants*