UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| IRISH 4 REPRODUCTIVE HEALTH, *et al.*, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) | Cause No. 3:18-CV-491-PPS-JEM |
| vs. | ) |  |
|  | ) |  |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

# ORDER

The parties have filed a Joint Motion for a Stay of Proceedings. [DE 138.] Following my opinion and order dated August 12, 2021 [DE 137], the only remaining claim in this case is an arbitrary and capricious challenge to the Final Rules. The Federal Defendants have moved for summary judgment on this issue. [DE 114.] The parties now jointly move to stay the case because on August 16, 2021, the Federal Defendants "announced that they intend to initiate a rulemaking regarding the contraceptive coverage requirement within 6 months." [DE 138 at 2.] The parties agree that staying the case pending the agencies' rulemaking would conserve the resources of the Court and the parties, and I concur.

Therefore, the Joint Motion for a Stay of Proceedings [DE 138] is GRANTED and it is ORDERED that the case is STAYED. The Federal Defendants shall file a status

report on or before November 17, 2021, and every 90 days thereafter.

ENTERED: August 25, 2021.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT