# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., *Defendants*. | Case No. 3:18-cv-491-PPS-MGG<br><br>Judge Philip P. Simon |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Emily Nestler respectfully requests leave to withdraw as counsel for Plaintiffs Natasha Reifenberg, Jane Doe 2, and Jane Doe 3 in the above-captioned case because she is leaving the Center for Reproductive Rights. Natasha Reifenberg, Jane Doe 2, and Jane Doe 3 have been informed of Emily Nestler's intent to withdraw from this case. All other counsel who have entered appearances for Plaintiffs in this matter will remain as counsel.

Dated: November 8, 2021

Respectfully submitted,

/s/ Anne S. Aufhauser

Jeffrey A. Macey
*Macey Swanson LLP*
445 N. Pennsylvania Street, Suite 401
Indianapolis, IN 46204
Telephone: (317) 637-2345
jmacey@MaceyLaw.com

Janice Mac Avoy (admitted *pro hac vice*)
Anne S. Aufhauser (admitted *pro hac vice*)
Kellie P. Desrochers (admitted *pro hac vice*)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
janice.macavoy@friedfrank.com
anne.aufhauser@friedfrank.com
kellie.desrochers@friedfrank.com

*Counsel for all Plaintiffs*

Richard B. Katskee (admitted *pro hac vice*)
*Americans United for Separation of
 Church and State*
1310 L Street, NW, Suite 200
Washington, DC 20005
Telephone: (202) 466-3234
katskee@au.org

Fatima Goss Graves (admitted *pro hac vice*)
Gretchen Borchelt (admitted *pro hac vice*)
Sunu Chandy (admitted *pro hac vice*)
Michelle Banker (admitted *pro hac vice*)
*National Women's Law Center*
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
Telephone: (202) 588-5180
fgraves@nwlc.org
gborchelt@nwlc.org
schandy@nwlc.org
mbanker@nwlc.org

*Counsel for Plaintiffs Irish 4 Reproductive
Health and Jane Doe 1*

Emily Nestler (admitted *pro hac vice*)
Caroline Sacerdote (admitted *pro hac vice*)
Jen Samantha D. Rasay (admitted *pro hac vice*)
*Center for Reproductive Rights*
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
enestler@reprorights.org
csacerdote@reprorights.org
jrasay@reprorights.org

*Counsel for Plaintiffs Natasha Reifenberg,
Jane Doe 2, and Jane Doe 3*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., *Defendants*. | Case No. 3:18-cv-491-PPS-MGG  Judge Philip P. Simon |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

The Motion for Leave to Withdraw as Counsel of Emily Nestler is before the Court. The Court orders that the motion is granted and that Emily Nestler has withdrawn as counsel for Plaintiffs Natasha Reifenberg, Jane Doe 2, and Jane Doe 3, effective on today's date.

Date:_____

_____
Magistrate Judge John E. Martin
U.S. District Court for the Northern
District of Indiana

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 8, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Anne Aufhauser*
Anne S. Aufhauser

*Counsel for All Plaintiffs*