**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| |
|---|
| IRISH 4 REPRODUCTIVE HEALTH *et al.*, |
| |
| Plaintiffs, |
| |
| v. |
| |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, |
| |
| Defendants. |

Case No. 3:18-cv-0491-PPS-JEM

## STATUS REPORT

On August 25, 2021, the Court granted the parties' joint motion to stay the proceedings in this case and ordered Federal Defendants to submit a status report on or before November 17, 2021, and every 90 days thereafter.  ECF No. 139.  Federal Defendants accordingly submit the following:

1.     On August 12, the Court dismissed a number of the claims at issue in this case, leaving pending only Plaintiffs' arbitrary and capricious challenge to the Final Rules.  Op. and Order, ECF No. 137.  Federal Defendants (now the only defendants remaining in the case) have previously filed a partial motion for summary judgment on the arbitrary and capricious claim.  ECF No. 114.

2.     On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, the Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process."  CMS.Gov, Frequently Asked Questions, Affordable Care

1

Act Implementation FAQs (Set 48) (Aug. 16, 2021), https://www.cms.gov/CCIIO/Resources/

Fact-Sheets-and-FAQs#Affordable_Care_Act.

     3.     The Departments of Health and Human Services, the Treasury, and Labor continue

to work toward rulemaking as described in the August 16, 2021 guidance.

     4.     Similar pending cases in California and Pennsylvania remain stayed. *See*

*California v. HHS*, No. 4:17-cv-5783 (N.D. Cal.) (motions held in abeyance Mar. 2, 2021, ECF

No. 454); *Pennsylvania v. Biden*, No. 2:17-cv-4540 (E.D. Pa.) (stayed Mar. 8, 2021, ECF No. 271).


Dated: November 17, 2021          Respectfully submitted,

                              BRIAN NETTER
                              Deputy Assistant Attorney General

                              MICHELLE R. BENNETT
                              Assistant Branch Director

                              */s/ Rebecca M. Kopplin*
                              REBECCA M. KOPPLIN
                              Trial Attorney (California Bar No. 313970)
                              JUSTIN M. SANDBERG
                              Senior Trial Counsel
                              MICHAEL GERARDI
                              CHRISTOPHER R. HEALY
                              DANIEL RIESS
                              Trial Attorneys
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              1100 L Street, NW
                              Washington, D.C.  20005
                              Telephone:  (202) 514-3953
                              Facsimile:  (202) 616-8470
                              Email: Rebecca.M.Kopplin@usdoj.gov

                              *Counsel for Federal Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Status Report was served on

counsel for all parties using the Court's CM/ECF system on November 17, 2021.


*/s/ Rebecca M. Kopplin*
REBECCA M. KOPPLIN
*Counsel for Federal Defendants*