# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 3:18-CV-491-PPS-JEM |
| vs. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Voluntary Dismissal of Plaintiff Jane Doe 1. [DE 148.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal of Plaintiff Jane Doe 1 [DE 148] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITHOUT PREJUDICE** the claims of Plaintiff Jane Doe 1. The claims of the remaining Plaintiffs, Irish 4 Reproductive Health, Natasha Reifenberg, and Jane Does 2-3 REMAIN PENDING.

ENTERED: February 23, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT