UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IRISH 4 REPRODUCTIVE HEALTH, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) Cause No. 3:18-CV-491-PPS-JEM |
| vs. | ) ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) |
| Defendants. | ) |

# ORDER

The parties have filed a Stipulation of Voluntary Dismissal of Plaintiff Jane Doe 3. [DE 153.] The stipulation of dismissal is signed by all parties who have appeared. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal of Plaintiff Jane Doe 3 [DE 153] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS WITHOUT PREJUDICE** the claims of Plaintiff Jane Doe 3. The claims of the remaining Plaintiffs, Irish 4 Reproductive Health, Natasha Reifenberg, and Jane Doe 2 REMAIN PENDING.

ENTERED: June 7, 2022.

 /s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT