(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

IRISH 4 REPRODUCTIVE HEALTH, et al.,

v.  Cause No. 3:18-cv-491-PPS-MGG

U.S. DEPT. OF HEALTH & HUMAN SVCS, et al.

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

irish 4 Reproductive Health, Natasha Reifenberg, & Jane Doe 2

Party(s) Represented

Prefix (check one)  ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: Upton   First Name: Kenneth   Middle Name/Initial: D

Generation (Sr, Jr, etc): Jr

Firm Name: Americans United for Separation of Church and State
Street Address: 1310 L Street NW   Suite/Room No.: 200
City: Washington   State: DC   Zip: 20005
Office Telephone No.: (202) 898-2133   Fax No.:
E-Mail Address: upton@au.org

**EDUCATION:**

College: Oklahoma City University   Degree: B.S.   Year Completed: 1977
Law School: Oklahoma City University School of Law   Year Graduated: 1987
Other Post-Graduate Schooling: None

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Oklahoma | 1988 | Active - Good Standing | 12906 |
| Texas | 1997 | Active - Good Standing | 00797972 |
| Dist. of Columbia | 2020 | Active - Good Standing | 1658621 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Complete List of Federal Admissions Attached | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.)  Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Kenneth D. Upton, Jr. , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: March 28, 2023

_____
Signature of Applicant

**FEDERAL COURTS ADMISSIONS**

| Court | Admission Date | Current Status |
|---|---|---|
| United States Supreme Court | August 7, 1992 | Active, Good Standing |
| <u>U.S. Circuit Courts of Appeals</u> | | |
|     First Circuit | May 12, 2020 | Active, Good Standing |
|     Second Circuit | October 23, 2019 | Active, Good Standing |
|     Fourth Circuit | March 10, 2020 | Active, Good Standing |
|     Fifth Circuit | August 26, 2005 | Active, Good Standing |
|     Seventh Circuit | March 6, 2017 | Active, Good Standing |
|     Ninth Circuit | November 19, 2019 | Active, Good Standing |
|     Tenth Circuit | May 10, 1988 | Active, Good Standing |
|     District of Columbia Circuit | July 15, 2020 | Active, Good Standing |
| <u>U.S. District Courts</u> | | |
|     District of Columbia | June 10, 2020 | Active, Good Standing |
|     Illinois: Northern District | February 7, 2017 | Active, Good Standing |
|     Illinois: Central District | April 11, 2014 | Active, Good Standing |
|     Oklahoma: Eastern District | August 29, 1988 | Active, Good Standing |
|     Oklahoma: Northern District | November 18, 1988 | Active, Good Standing |
|     Oklahoma: Western District | December 11, 1988 | Active, Good Standing |
|     Texas: Eastern District | September 13, 1999 | Active, Good Standing |
|     Texas: Northern District | May 19, 1999 | Active, Good Standing |
|     Texas: Southern District | August 1, 2006 | Active, Good Standing |
|     Texas: Western District | August 18, 2015 | Active, Good Standing |
|     Wisconsin: Eastern District | October 6, 2010 | Active, Good Standing |

Considered and approved.

SO ORDERED.

Dated: 4/3/2023

s/John E. Martin
Judge, U. S. District Court