UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Pursuant to N.D. Ind. L.R. 40-1(f), the Clerk is hereby directed to reassign the following cases from Judge Philip P. Simon to Judge Cristal C. Brisco as the presider for all further proceedings.

2:23-cv-00292-PPS-JEM Channel Partners Capital v. 99 Freight Inc.

3:18-cv-00491-PPS-JEM Irish 4 Reproductive Health et al v. U.S. Dept. of Health and Human Services et al

3:21-cv-00014-PPS  Fortress Iron L.P. v. Digger Specialties, Inc

3:21-cv-00800-PPS Hardy v. Norfolk Southern Railway Company

3:22-cv-00426-PPS-MGG Forsythe v. Industrial Maintenance and Contract Services Inc

3:22-cv-00928-PPS-MGG Garcia v. Lowe's Home Centers LLC

3:22-cv-00935-PPS-MGG Cole et al v. Crown Equipment Corporation

3:22-cv-00976-PPS-MGG Aalampour v. Wal-Mart Stores East, LP

3:22-cv-01011-PPS-MGG Greene v. Thor Motor Coach Inc.

3:22-cv-01048-PPS-MGG Alli v. Leda et al

3:23-cv-00099-PPS-MGG Klenk v. Garrison Property and Casualty Insurance Co

3:23-cv-00189-PPS-MGG G.O.D. Films & Visuals et al v. Bristol Police Dept. et al

3:23-cv-00190-PPS-MGG G.O.D. Films & Visuals et al v. Elkhart Sheriffs Dept et al

3:23-cv-00226-PPS-MGG Pinkerton v. Gulf Stream Coach Inc.

3:23-cv-00308-PPS-MGG Giveans v. KZRV, LP

3:23-cv-00312-PPS-MGG Cole et al v. Keystone RV Company

3:23-cv-00367-PPS-MGG National College Resources Foundation. v. Mentoring Moments LLC et al

3:23-cv-00375-PPS-MGG Ogle v. Country Hospitality Inc

3:23-cv-00448-PPS-MGG Potchka v. Pekin Insurance

3:23-cv-00631-PPS-MGG Continental Western Insurance Company

3:23-cv-00575-PPS-MGG Leopold et al v. Keystone RV Company

3:23-cv-00584-PPS-MGG McBurney et al v. Gulf Stream Coach Inc

3:23-cv-00588-PPS-MGG Savado v. Kozora et al

3:23-cv-00586-PPS-MGG Miller v. Michiana Contracting Inc

3:23-cv-00587-PPS-MGG McClatchey v. Wells Fargo Clearing Services LLC

3:23-cv-00637-PPS-MGG Caldwell v. McDaniel et al

3:23-cv-00645-PPS-MGG Norcold, LLC v. Hilton-Spencerport Express Inc et al

3:23-cv-00719-PPS-MGG Atwater v. LaPorte County Government

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on March 25, 2024

                                           s/ Holly A. Brady
                                           Chief Judge Holly A. Brady
                                           United States District Court